UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CONSERVATION LAW FOUNDATION, INC. | ) ) ) | Case No. 1:16-cv-10174-IT |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| WAREHAM BOAT YARD & MARINA, INC.; | ) ) | |
| DUGAN MARINE REALTY, LLC | ) ) | |
| Defendants. | ) ) | |

**THE PARTIES' JOINT SUBMISSION OF PROPOSED CONSENT DECREE AND**

**MOTION FOR ENTRY BY THE COURT**

Plaintiff Conservation Law Foundation, Inc. and Defendants Wareham Boat Yard &

Marina, Inc. and Dugan Marine Realty, LLC (collectively, "Parties") hereby jointly move the

Court to enter the attached Proposed Consent Decree, previously submitted to the Court as ECF

No. 5-1, as an Order of the Court, thereby resolving the above-captioned matter.

As required by statute, plaintiff's counsel sent copies of the fully-executed Consent

Decree to the Administrator, Environmental Protection Agency, Washington, DC 20460, as well

as to the United States Department of Justice, Citizen Suit Coordinator, Environment and Natural

Resources Division Law and Policy Section, P.O. Box 7415, Ben Franklin Station, Washington,

D.C. 20044-7415 pursuant to the requirements of 40 CFR § 135.5.

On April 8, 2016, the United States notified the Court that the United States has no

objection to entry of the proposed consent judgment. The Parties according jointly move that the

Court enter the attached Proposed Consent Decree and jointly submit the attached Proposed

Consent Decree to the Court for entry.

Plaintiff's undersigned counsel is authorized to state that this filing is made on behalf of,

and with the assent of, all parties to the above-captioned action.

Respectfully submitted on this 11th day of April, 2016, by:

Conservation Law Foundation, Inc.

/s/ Zachary Griefen
Zachary K. Griefen, BBO # 665521
Conservation Law Foundation
15 East State Street, Suite 4
Montpelier, VT 05602
802.223.5992 x4011
zgriefen@clf.org

Counsel for Defendants
Wareham Boat Yard & Marina, Inc. and
Dugan Marine Realty, LLC

/s/ Jamy Buchanan Madeja
Jamy Buchanan Madeja, Esq.
Buchanan & Associates
33 Mount Vernon Street
Boston, MA 02108
617-227-8410 phone
617-227-8843 FAX
jmadeja@buchananassociates.com
BBO No. 552536

**CERTIFICATE OF E-SERVICE**

I hereby certify that the Parties' foregoing Joint Notice Settlement and Lodging of

Consent Decree Pending Review by the Department of Justice, filed electronically through the

ECF system with the Court on February 17, 2016, has been sent electronically to the registered

participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent

to those indicated as non-registered participants, if any, on April 11, 2016.


/s/ Zachary K. Griefen
Zachary K. Griefen, BBO # 665521
Conservation Law Foundation
15 East State Street, Suite 4
Montpelier, VT 05602
Telephone:  802. 223.5992 x4011
Facsimile:   802.223.0060
Email:        zgriefen@clf.org