UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CONSERVATION LAW FOUNDATION, INC., | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   Civil Action No. 1:16-cv-10174-IT |
| | * |
| WAREHAM BOAT YARD & MARINA, INC., | * |
| and DUGAN MARINE REALTY, LLC, | * |
| | * |
| Defendants. | * |

ORDER ENFORCING JUDGMENT

January 6, 2022

TALWANI, D.J.

On April 13, 2016, the court approved a Consent Decree [#9] between Plaintiff Conservation Law Foundation, Inc. ("CLF") and Defendants Wareham Boat Yard & Marina, Inc. and Dugan Marine Realty, LLC (collectively, "Wareham"). Under the terms of the Consent Decree [#9], Wareham was required to pay CLF liquidated attorneys' fees of $20,000 over the course of five years in five payments of $4,000 each. Id.

On December 7, 2021, CLF filed a Motion to Enforce Judgment [#12], stating that Wareham had failed (1) to make its final payment on June 30, 2020, and (2) to make additional late fee payments for the overdue balance, as required under the Consent Decree [#9]. CLF requests that the court order Wareham to comply with the terms of the Consent Decree [#9].

On December 8, 2021, the court ordered Wareham to show cause no later than December 22, 2021, why it should not be held in contempt for failing to comply with the terms of the Consent Decree [#9]. As of January 6, 2022, Wareham has not filed anything with the court.

Accordingly, the court finds Wareham in contempt for failing to comply with the Consent Decree [#9]. Within fourteen days of the date of this order, Wareham shall pay CLF (1) the final

attorneys' fee payment of $4,000 and (2) the missed payment penalty of $53,500. If Wareham fails to comply with this order, it will be fined an additional $100 per day until compliance is obtained and, on application by CLF, a *capias ad respondendum* will issue against Donald Dugan, Wareham's president, to bring him before the court.

CLF shall serve a copy of this order on Wareham and Dugan in a manner consistent with Federal Rule of Civil Procedure 5(b)(2)(A) or (B).

IT IS SO ORDERED

January 6, 2022

/s/ Indira Talwani
United States District Judge